No. 8152.

## BAIRD *v.* GLICK.

From the Tippecanoe Circuit Court.

*J. A. Stein* and *J. F. McHugh,* for appellant.

*J. R. Carnahan* and —— *Collins,* for appellee.

WOODS, J.—The appellant complains of an instruction, but, except a re-cital in the motion for a new trial, there is no evidence in the record that the instruction was given. *Adams* v. *Stringer,* 78 Ind. 175.

The principal question of fact in the case was whether or not a sale of a stock of goods was made for the purpose of defrauding creditors; and the jury having found that it was not fraudulent, we are asked to set the find-ing aside. If a case be conceivable, wherein we would be justified, under the rule which governs our action upon questions of fact, in setting such a verdict aside, this is not such a case.

Judgment affirmed, with costs.

No. 10,186.

## SCHWARM *v.* THE STATE.

From the Tippecanoe Circuit Court.

*A. Parsons,* for appellant.

*D. P. Baldwin,* Attorney General, for the State.

ELLIOTT, J.—This case is affirmed upon the authority of *Schwarm* v. *State, ante,* p. 470.

No. 8773.

## BENNETT ET AL. *v.* CRIM.

From the Madison Circuit Court.

*W. R. Pierse* and *C. B. Gerard,* for appellants.

*M. A. Chipman* and —— *West,* for appellee.

WOODS, J.—The errors assigned and the questions discussed in this case can not be decided without a reference to the evidence; but the bill of ex-ceptions does not profess to contain all the evidence given in the cause. There is, therefore, no question before us. *Louisville, etc., R. W. Co.* v. *Murdock, ante,* p. 381.

Judgment affirmed, with costs.